United States District Court
Southern District of Texas

**ENTERED**

July 07, 2023

Nathan Ochsner, Clerk

## THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

| | | |
|---|---|---|
| BMF ADVANCE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-22-1317 |
| | § | |
| TEXAS MEDICAL TECHNOLOGY, INC. | § | |
| and JAD SHRAIM, | § | |
| | § | |
| Defendants. | § | |

## O R D E R

On July 7, 2023, Plaintiff, BMF Advance, LLC, through counsel notified the Court that a settlement had been reached in this action with Defendants, Texas Medical Technology, Inc. and Jad Shraim.  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to the right of counsel to move for reinstatement **within thirty (30) days** of entry of this order on presentation of adequate proof that the settlement could not be consummated.  All motions currently pending are **DENIED** without prejudice.  Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 7th day of July, 2023.

_____

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE