United States District Court
Southern District of Texas
**ENTERED**
October 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BMF ADVANCE, LLC § | |
| § | |
| *Plaintiff* § | |
| § | |
| v. § | Case # 4:22-cv-01317 |
| § | |
| TEXAS MEDICAL TECHNOLOGY, INC. § | |
| AND JAD SHRAIM § | |
| § | |
| *Defendants* § | |

## AGREED JUDGMENT

On the date entered below, the Court considered the Agreed Judgment submitted to the Court by the parties. The Court, having considered the pleadings on file as well as the agreement demonstrated below between Plaintiff BMF Advance, LLC ("Plaintiff") and Defendants Texas Medical Technology, Inc. and Jad Shraim (collectively, the "Defendants"), finds good cause to enter the Agreed Judgment.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff BMF Advance, LLC do have and recover of and from Defendants Texas Medical Technology, Inc. and Jad Shraim, judgment for breach of contract in the sum of $2,800,000.00 as against Texas Medical Technology, Inc. and $2,500,000.00 as against Jad Shraim; plus post-judgment interest at the current post-judgment interest rate, and Plaintiff's costs of court expended.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all relief not expressly granted herein is hereby denied and that this Agreed Judgment is a final and appealable order of this Court.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all writs and processes, including any writ of execution, for the enforcement and collection of this judgment or the costs of court shall issue as necessary in favor of Plaintiff.

Dated: __October 18,_____, 2023.

_____
United States District Judge

**AGREED IN FORM AND SUBSTANCE:**

/s/ *Brandon J. Gibbons*

Mark W. Stout
State Bar I.D. # 24064830
Brandon J Gibbons
State Bar I.D. #24082516
**Padfield & Stout LLP**
420 Throckmorton St. Suite 1210
Fort Worth, TX 76100
(817) 388-1616 Telephone
(817) 338-1610 Facsimile
mstout@padfieldstout.com
bgibbons@padfieldstout.com

Counsel for the Plaintiff

*Chris Raney*

**Gordon Rees Scully Mansukhani, LLP**
Christopher M. Raney
Texas Bar. No. 24051228
craney@grsm.com
Kayla C. Miller
State Bar No. 24094589
kmiller@grsm.com
1900 West Loop South, Suite 1000
Houston, Texas 77027
(713) 961-3366 (Phone)
(713) 961-3938 (Fax)

Counsel for the Defendants